# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MICHAEL A. COX,**  *Plaintiff,*  v.  **ADRIAN NELSON,** *et al.,*  *Defendants.* | **CIVIL ACTION NO.**  **5:19-cv-00326-TES-MSH** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

In his Recommendation [Doc. 35], the United States Magistrate Judge recommends that Plaintiff's Complaint [Doc. 1] be dismissed **without prejudice** and Defendants' Motion for Summary Judgment [Doc. 30] be terminated as **moot** because Plaintiff routinely <u>failed to obey simple court orders</u>. No objections[1] have been filed to the Magistrate Judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). After careful review, the Court, finding no clear error, **ADOPTS** the Recommendation [Doc. 35] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Plaintiff's Complaint [Doc. 1] is **DISMISSED without prejudice**

---

[1] The Court notes that on October 15, 2020, Plaintiff filed a third Motion to Appoint Counsel [Doc. 36]. However, in his Motion, Plaintiff fails to make any mention of the magistrate judge's Recommendation [Doc. 35] that would lead the Court to conclude his Motion could possibly constitute an objection.

and the Court terminates **as moot** Defendants' Motion for Summary Judgment [Doc. 30] and Plaintiff's Motion to Appoint Counsel [Doc. 36].

    **SO ORDERED**, this 16th day of October, 2020.

                                              S/Tilman E. Self, III
                                              **TILMAN E. SELF, III, JUDGE**
                                              **UNITED STATES DISTRICT COURT**